UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHRISTINE WELCH and<br>MEGHAN WELCH<br>    Plaintiffs<br><br>v.<br><br>AMERICAN ADJUSTMENT<br>BUREAU, INC and COLLABORATIVE<br>LABORATORY SERVICES, LLC<br>    Defendants | CASE NUMBER: 3:10-cv-01899-WWE<br><br><br><br><br><br><br><br><br>JANUARY 26, 2010 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), the plaintiffs, Christine Welch and Meghan Welch, through their attorney, and the defendants, American Adjustment Bureau, Inc. and Collaborative Laboratory Services, LLC, through their attorneys, hereby stipulate that the claims of the above-entitled action shall be dismissed with prejudice, and without costs or attorney's fees.

                              PLAINTIFFS, CHRISTINE WELCH &
                              MEGHAN WELCH


                              By: /s/Daniel S. Blinn_____
                                   Daniel S. Blinn, ct02188
                                   Matthew W. Graeber ct27545
                                   dblinn@consumerlawgroup.com
                                   Consumer Law Group, LLC
                                   35 Cold Spring Rd. Suite 512
                                   Rocky Hill, CT  06067
                                   Tel. (860) 571-0408 Fax (860) 571-7457

                        DEFENDANTS, AMERICAN
                        ADJUSTMENT BUREAU, INC. AND
                        COLLABORATIVE LABORATORY
                        SERVICES, LLC


By: /s/ Michael J. Dugan
     Michael J. Dugan (ct18669)
     Litchfield Cavo LLP
     40 Tower Lane, Suite 200
     Avon, CT 06001
     Tel. 860-255-5577
     Fax: 860-255-5566
     Email: dugan@litchfieldcavo.com


## **CERTIFICATION**

I hereby certify that on this 26th day of January 2011, a copy of foregoing Stipulation of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                        /s/ Daniel S. Blinn
                        Daniel S. Blinn